GTC SERVICES, LLC, Plaintiff–
Appellant,

v.

REGION Q WORKFORCE INVEST-
MENT CONSORTIUM; MID-EAST
COMMISSION, Defendants–Appellees.

No. 15–1530

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

John M. Kirby, LAW OFFICES OF
JOHN M. KIRBY, Raleigh, North Car-
olina, for Appellant.

Bradley O. Wood, WOMBLE CAR-
LYLE SANDRIDGE & RICE, PLLC,
Winston–Salem, North Carolina, for Ap-
pellees.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

GTC Services, LLC (GTC), appeals from
the district court's order granting sum-
mary judgment to Defendants on GTC's
civil action alleging a violation of procedur-
al due process rights and tortious interfer-
ence with a contract when the Region Q
Workforce Investment Consortium Board
chose not to award a future contract to
GTC to provide youth workforce develop-
ment services. Finding no error, we affirm.

We review a district court's decision to
grant summary judgment de novo. Jacobs
v. N.C. Admin. Office of the Courts, 780
F.3d 562, 565 n.1 (4th Cir. 2015). "A dis-
trict court 'shall grant summary judgment
if the movant shows that there is no genu-
ine dispute as to any material fact and the
movant is entitled to judgment as a matter
of law.'" Id. at 568 (quoting Fed. R. Civ.
P. 56(a)). In determining whether a genu-
ine dispute as to any material fact exists,
we "view the facts and all justifiable infer-
ences arising therefrom in the light most
favorable to ... the nonmoving party." Id.
at 565 n.1 (citation and quotation marks
omitted). However, "[c]onclusory or specu-
lative allegations do not suffice, nor does a
mere scintilla of evidence in support of
[the nonmoving party's] case." Thompson
v. Potomac Elec. Power Co., 312 F.3d 645,
649 (4th Cir. 2002) (citation and quotation
marks omitted).

We have carefully reviewed the briefs,
the joint appendix, and the record and find
no reversible error. Accordingly, we affirm
for the reasons stated by the district court.
GTC Servs., LLC v. Region Q Workforce
Inv. Consortium, No. 4:13–cv–00161–D,
2015 WL 1730321 (E.D.N.C. Apr. 14,
2015). We deny the Appellees' motion to
dismiss for failure to prosecute. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

AFFIRMED